Petitioner, Joshua Woolridge P-33283
California Correctional Center (CCC)
Post Office Box 2210
Susanville, California 96127-2210
Petitioner, Filing In Pro Per

FILED JUL - 9 2008

United States Federal District Court
For The Northern Division
San Francisco Court House

E-filing                    CV 08   3304  SBA (PR)

Joshua Todd Woolridge,
Petitioner,
v.
California Department of
Corrections and Rehabilitations,
Respondent,

Notice of Motion to legally compel (CDCR) to Reaccess petitioner's current Housing, current custody level, and any Transfer options due to petitioner's erroneous current placement does willfully and unlawfully violates petitioner's Eighth Amendments Right of Cruel and Unusual Punishment in error.

To the Honorable Federal District Court, Senior District Judge Thelton E. Henderson, presiding over the Overcrowding and Medical Neglect in the California State Prison System. I, the petitioner hereby files this Notice of Motion due to the willful and unlawful State and Federal Civil Rights violates going on at this state facility. On May 30, 2008, I the petitioner was physically Assaulted, Battered, and Robbed of my personal

property on the Sierra Facility at the California Correctional Center in Susanville, in the County of Lassen. Petitioner, did physically sustain a Broken Left Index Finger and Several Fractured Ribs due to this violent and horrendous assault. On June 06, 2008, surgery was proformed to repair the Broken Left Finger, and now petitioner is in a cast, when & the petitioner had humbly requested on numerous occasions for a immediate transfer since petitioners arrival date of February 20, 2008, to this facility due to petitioners security and safety concerns. On June 11, 2008, after being interviewed by the Investigated Staff Employee and was verbally told that NONE of your personal property was recovered in error, petitioner then files a <u>Inmate 602 Appeal Log NO. CCC-L-08-00774</u>, regarding his property that was taken by force. On June 16, 2008, in a blantant act of retaliation and reprisal petitioner was erroneously issued a CDC-115 Rules Violation Report for alleged "Battery on a Inmate" the Suspect Inmate Aaron Snell, that did physically take my personal property in error. On June 19, 2008, the actual Suspect Inmate Aaron Snell, CDC# F-83170, was cleared and released back to the Sierra Facility still in possession of the

petitioner's personal property that was taken by force on May 30, 2008, in error. Petitioner, continuous to be illegally housed in Administrative Segregation since May 31, 2008, without a Medical Doctors clearance and was told by the Institutional Classification Committee on June 19, 2008, that petitioner would be retained in Administrative Segregation for ninety days pending the adjucation of the erroneous and frivolous CDC-115 Rules Violation Report while the actual suspect was released from Administrative Segregation with the petitioner's personal property in error. Here is a list of State and Federal Civil Rights Violates going on at the California Correctional Center at this time:

1. Petitioner, has been willfully denied Recreational Actitives since his placement in Administrative Segregation on May 31, 2008.

2. Petitioner, has been Maliciously Denied legal Copies by the Administrative Segregation Legal Officer J. Crawford, and willfully denied access to the law library for research on his pending ongoing legal cases without justification.

3. Petitioner, has been refused proper Medical Care and Treatment of his Type I Diabetes, and adequate care of his Broken Left Index Finger by the Medical Staff.

4. Petitioner, is not receiving proper Mental Health Treatment for being illegally housed in a cell for 24 Hours a day 7 days a week without recreation.

5. Employees (correctional Officers) consume State food without paying daily violating the Title 15 CCR 3407.

Petitioner, is willfully, Maliciously and Vindictively being treated with "Deliberate Indifference" and Reckless Disregard for any of petitioner's State or Federal Constitutional Rights in error. Petitioner, is willfully being treated inhumane for filing the Inmate Appeal 602 regarding his property. Petitioner, legally seeks a Federal Mandated Order (CDCR) to Expeditiously Adjucate the erroneous and frivolous alleged CDC-115 Rules Violation Report pending against the petitioner, to have the CSR Custody Endorsement immediate Upheld dated June 11, 2008, for the petitioner to be immediately transfer to (CRC) California Rehabilitation Center in Norco, California, in the County of Riverside per the CSR Custody level Endorsement in the interest of fair and justice in this matter. Petitioner, has a legal Court Family Law Judges Order awarding petitioner "Court Ordered Visitation" with his children that reside in Riverside County (CDCR) has yet to abide by this legal ruling as of this date. The Family Law Court ruling was ordered June 15, 2007, by Family Law Court Judge Mark A. Mandio, Family Law Court Case number SWD000926 case Name Wookidge v. Wookidge, & the petitioner have yet to be housed within appropriate Visiting Distance for my children in error.

Here is the Facility's Address and phone number to the Warden's Office to fully inquire about this incident and the State and Federal Civil Rights Violates not being upheld in error:

* California Correctional Center (CCC)
  711-045 Center Road
  Administration Building
  Post Office Box 790
  Susanville, California 96130

* <u>Facility Phone Number (530) 257-2181</u>

Warden, Kathleen Prosper
 or her
Administrative Assistance, Lieutenant Scott Porter

Your Honor Judge Henderson, petitioner was actually Robbed of his personal property, now petitioner is unlawfully being retaliated against and punished in error. Your legal Federal Mandate Order and Ruling is humbly Warranted.

Petitioner, legally and lawfully state these facts to be factually true and correct under the penalty of perjury to the best of my knowledge!

Respectfully Submitted,

Joshua Woolridge
Petitioner, In Proper

Proof of Service by Mail

Case #: Woolridge v. California Department of Corrections and Rehabilitations     Court #: Federal District Court Northern Division

I declare that:

I am a resident of California Correctional Center in the county of Lassen, California. I am over the age of 18 years. My residence address is:

Post Office Box 2210 Susanville, California 96127-2210.

On June 22, 2008; I served the attached Notice of Motion for Mandate Order on the Judge Thelton E. Henderson in said case by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid, in the United States mail at Susanville California addressed as follows:

United States Federal District Court Northern California 450 Golden Gate Avenue San Francisco, California 94102.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on June 22, 2008, at Susanville, California. 96127-2210

Joshua Todd Woolridge
[Type or Print Name]

Joshua Woolridge
[Signature]

## Statement of Facts

On Friday May 30, 2008, at approximately 7:45 A.M. in Dorm 5316 Law on the Sierra Unit I was verbally and physically Assault and Battered and physically robbed for my personal property by Inmate *Aaron Snell F-83170, A.K.A. "Ed Loc" of 69th Blvd. Manifa Crip from Long Beach. I, the Victim Joshua Woolridge did physically sustain a broken left index finger, and a facturaled left rib that will require immediated surgery to repair the broken left finger. Inmate Aaron Snell, physically with Force and fear took possession of inmate Woolridge's personal property listed/attached to this document without inmate Woolridge's consent. I am legally seeking to File with the Special Prosecutor for the Prison in Lassen County, Assault and Battery Charges with a (GBI) Great Bodily Injury on a Inmate and Grand Theft under $400 dollars Charges for the illegal taking of my personal property by force. I, inmate Woolridge the Victim am seeking full legal prosecution to the Maximum possible punishment under the

Law, so that this Gang Member will not assault Battery or Rob another inmate in prison. I, am seeking to have my personal property fully returned to me immediately if not a "State Government Tort Claim" will be filed followed by a "Civil litigation lawsuit" for inmate Woolridge's personal property illegally stolen by force and fear by inmate Aaron SNell in error. Why was I inmate Woolridge Endorsed by CRS to level II Solano, illegally transfered here to (CCC) California Correctional Center on February 20, 2008, illegally placed in a "Crip Dorm" and on May 30, 2008, physically assaulted when I have been asking for a transfer upon my arrival by the Sierra Facility (U.C.C.) Unit Classification Committee.

I, Joshua Woolridge will state these legal facts to be true and correct under the penalty of perjury to be true to the best of my knownledge!

Why is the California Correctional Center and it's staff Willfully <u>Wasting</u> Taxpayer's Dollars!

by Inmate Aaron Snell on May 30, 2008!

1. (1) pack of Q-tips – Package Item
2. (3) cans of Bubble Bee Tuna – Store Item
3. (1) Pouch of Tuna – Package Item
4. (1) Jar of Folgers Coffee – Package Item
5. (1) Bag of Columbia Roasted Coffee – Package Item
6. (1) Bag of Corn Chips – Store Item
7. (1) Bag of Moon Lodge Potato chips – Package Item
8. (1) Bottle of Conditioner – Package Item
9. (1) Bottle of Shampoo – Package Item
10. (3) Gel Deodorants – Package Item
11. (10) Bars of Soap Package Items – Dove, Irish Spring, Irish Spring Sport, Ivory Soap, and Tone Soap
12. (1) Jar Cream Peanut Butter – Package Item
13. (4) Toothpaste from package – Package Item
14. (1) Baby Lotion Pink – Package Item
15. (1) Summer Sausage – Package Item
16. (2) boxes of Variety Package Oatmeal – Package Item
17. (20) Chili Flavored Soups – Package Item
18. (2) Tooth Brushes – Package Item
19. (1) Blue handle hair brush – Package Item
20. (1) Bottle of French Vanilla Creamer – Package Item
21. (1) Aqua Fresh Toothpaste – Package Item

Total Estimated Cost $100.00

* Inmate 602 Appeal Log Number is as follows: <u>CCC-L-08-00774</u>, regarding stolen property still in inmate Aaron Snell possession!

STATE OF CALIFORNIA                                                                   DEPARTMENT OF CORRECTIONS
**ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE**
CDC 114-D (Rev 10/98)

DISTRIBUTION:
WHITE - CENTRAL FILE         CANARY - WARDEN
BLUE - INMATE (2ND COPY)     PINK - HEALTH CARE MGR
GREEN - ASU                  GOLDENROD - INMATE (1ST COPY)

| INMATE'S NAME | CDC NUMBER |
|---|---|
| WOOLRIDGE | P-33283 |

### REASON(S) FOR PLACEMENT (PART A)

[X] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
[X] ENDANGERS INSTITUTION SECURITY    [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:
On May 30, 2008 you are being placed in Administrative Segregation at the California Correctional Center Administrative Segregation Unit (ASU) based on the following information: On May 30, 2008, at about 1100 hours, you approached Sierra Unit staff and requested to be placed in Administrative Segregation due to having immediate safety/enemy concerns on Sierra Unit. You also had injuries consistent with being involved in a physical altercation. Officer T. Williams was assigned to the investigation regarding this matter. Based on this, you are deemed a threat to the safety and security to the Sierra Unit and this Institution. Your case will be reviewed on the first working day following your placement by a designated staff not less than the level of Correctional Captain. If retained following this review, committee will see you within ten (10) days, for determination of your housing and program needs. INMATE WOOLRIDGE has a TABE score of 6.0

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)   [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: / /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 05-30-08 | R. HAINLINE | [signature] | LIEUTENANT |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| 5.30.08 | 1622 | J. TEMPLETON | [signature] | C/O |

[X] INMATE REFUSED TO SIGN   INMATE SIGNATURE   CDC NUMBER

### ADMINISTRATIVE REVIEW (PART B)
*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

| STAFF ASSISTANT (SA) | | INVESTIGATIVE EMPLOYEE (IE) | |
|---|---|---|---|
| STAFF ASSISTANT NAME | TITLE | INVESTIGATIVE EMPLOYEE'S NAME | TITLE |

**IS THIS INMATE:**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| LITERATE? | [X] | [ ] | EVIDENCE COLLECTION BY IE UNNECESSARY | [ ] | [X] |
| FLUENT IN ENGLISH? | [X] | [ ] | DECLINED ANY INVESTIGATIVE EMPLOYEE | [ ] | [X] |
| ABLE TO COMPREHEND ISSUES? | [X] | [ ] | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [X] | [ ] |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [X] | [ ] | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [ ] | |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [ ] | | | | |

Any "NO" requires SA assignment                                Any "NO" may require IE assignment
[X] NOT ASSIGNED                                               [X] NOT ASSIGNED

NO WITNESS NECESSARY AT ICC — **INMATE WAIVERS**

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER   [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME
[ ] NO WITNESSES REQUESTED BY INMATE   INMATE SIGNATURE INMATE WOOLRIDGE DECLINED TO SIGN.   DATE 6/2/2008

### WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| | | | |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY   [X] RETAIN PENDING ICC REVIEW   [ ] DOUBLE CELL   [X] SINGLE CELL PENDING ICC

REASON FOR DECISION: SUBJECT HAS POTENTIAL UNRESOLVED ENEMY CONCERNS ON THE CCC MAINLINE.

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| E. Nissen | Facility Captain | 6/2/08 | 1709 | [signature] |
| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | | DATE OF REVIEW |

See chronological Classification Review document (CDC 128 - G) for specific hearing information

| | | | | | DATE 5/30/ |
|---|---|---|---|---|---|
| CDC | Dorm 53 | | | | NEW HOUSING LOC. |
| | LAST Wooldridge, J FIRST | | P33283 | 53-161 | unknown |
| | NAME NA LAST | FIRST NA | NA BADGE | NA RANK/CLASS | ASSIGNMENT/RDOs NA |
| THIS SECTION FOR VISITOR ONLY | NAME LAST NA | FIRST NA | MIDDLE NA | DOB NA | OCCUPATION NA |
| | HOME ADDRESS NA | CITY | STATE | ZIP | HOME PHONE NO |

| PLACE OF OCCURRENCE | DATE/TIME OF OCCURRENCE | NAME OF WITNESS(ES) | | | | |
|---|---|---|---|---|---|---|
| Dorm 53 | 5/30/08  1245 | None | | | | |
| TIME NOTIFIED 1240 | TIME SEEN 1240 | ESCORTED BY Williams C.O. | MODE OF ARRIVAL (circle) (AMBULATORY) LITTER WHEELCHAIR ON SITE | AGE 43 | RACE B | SEX M |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

A locker door slammed on lt 4th finger. When slamming locker door hit LUQ abd pain. Hit that back of his head on the wall.

| INJURIES FOUND? | YES / NO |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| LUQ abd pain | |
| Back of head | 18 |
| | 19 |

#16
#18
#17
#1 Sm lac difficulty with range of motion
Broken finger

| | |
|---|---|
| O.C. SPRAY EXPOSURE? | YES / NO |
| DECONTAMINATED? | YES / NO |
| Self-decontamination instructions given? | YES / NO |
| Refused decontamination? | YES / NO |
| 15 min. checks | |
| Staff issued exposure packet? | YES / NO |

| RN NOTIFIED/TIME 1240 | PHYSICIAN NOTIFIED/TIME 1300 |
|---|---|

TIME/DISPOSITION
1240 Escorted to main clinic for medical eval

| REPORT COMPLETED BY/TITLE (PRINT AND SIGN) J Low RN  /s/ J Low R | BADGE # 271 3227 | RDO 5/ |
|---|---|---|

(Medical data is to be included in progress note or emergency care record filed in UHR)

CDCR 7215 (Rev. 11/05)   DISTRIBUTION:   ORIGINAL - Custody   CANARY - Inmate/Employee   PINK - Health and Safety / RTW Coordinator (only work related injury)

Actual Facts of Assault and Injuries Sustained

**BANNER LASSEN MEDICAL CENTER**
1800 Spring Ridge Drive • Susanville, CA 96130
(530) 252-2000

**AUTHORIZATION FOR AND CONSENT TO SURGERY FOR SPECIAL DIAGNOSTIC OR THERAPEUTIC PROCEDURES**

To: __WOOLRIDGE, JOSHUA_____   _____   _____
      (name of patient)                                    (date of birth)                    (Med. Rec. #)

1. Your attending physician is Dr. _____ and your supervising physician or surgeon is Dr. __CRUM_____.

2. The hospital maintains personnel and facilities to assist your physicians and surgeons in their performance of various surgical operations and other <u>special diagnostic or therapeutic procedures.</u> These operations and procedures may all involve risks of unsuccessful results, complications, injury, or even death, from both known and unforeseen causes, and no warranty or guarantee is made as to result or cure.

   You have the right to be informed of such risks as well as the nature of the operation or procedure, the expected benefits or effects of such operation or procedure, and the available alternative methods of treatment and their risks and benefits. You also have the right to be informed whether your physician has any independent medical research or economic interests related to the performance of the proposed operation or procedure. Except in cases of emergency, operations or procedures are not performed until you have had the opportunity to receive this information and have given your consent. You have the right to consent to or to refuse any proposed procedure at any time prior to its performance.

3. Your physicians and surgeons have recommended the following operation or procedure: Procedure No. _____ (see reverse)
   CLOSED REDUCTION PERCUTANEOUS PINNING MIDDLE PHALANX LEFT RING FINGER FRACTURE WITH
   ✱ POSSIBLE OPEN TREATMENT WITH INTERNAL FIXATION.

   X JW

   Upon your authorization and consent, this operation or procedure, together with any different or further procedures which in the opinion of the supervising physician or surgeon may be indicated due to an emergency, will be performed on you. The operations or procedures will be performed by the supervising physician or surgeon named above (or in the event that the physician is unable to perform or complete the procedure, a qualified substitute supervising physician), together with associates and assistants, including <u>anesthesiologists, pathologists and radiologists from the medical staff of Banner Lassen Medical Center</u> to whom the supervising physician may assign designated responsibilities. The persons in attendance for the purpose of performing specialized medical services such as anesthesia, radiology or pathology are not agents, servants, or employees of the hospital or your supervising physician or surgeon. They are independent contractors and therefore are your agents, servants, or employees.

4. If your physician determines that there is a reasonable possibility that you may need a blood transfusion as a result of the surgery or procedure to which you are consulting, your physician will inform you of this and will provide you with a brochure regarding blood transfusions. This brochure contains information concerning the benefits and risks of the various options for blood transfusions, including predonation by yourself or others. You also have the right to have adequate time before your procedure to arrange for predonation, but you can waive this right if you do not wish to wait. You should understand that transfusions of blood or blood products involve certain risks, including the transmission of disease such as hepatitis or Human Immunodeficiency Virus (HIV) and that you have the right to consent or refuse consent to any transfusion. You should discuss any questions that you may have about transfusion with your physician.

5. By your signature below you authorize the pathologist to use his or her discretion in disposition or use of any member, organ, or other tissue removed from your person during the operation or procedure set forth above.

6. To make sure that you fully understand the operation or procedure, your physician will fully explain the operation or procedure to you before you decide whether or not to give consent. If you have any questions, you are encouraged and expected to ask them.

7. Your signature on this form indicates that: (1) you have read and understood the information provided in this form, (2) the operation procedure set forth has been adequately explained to you by your physician, (3) you have had a chance to ask questions, (4) you have received all of the information you desire concerning the operation or procedure, and (5) you authorize and consent to the performance of the operation or procedure.

Date __06-06-2008_____   Time __0620_____   (A.M./ P.M.)

Signature: __Joshua Woolridge_____
              (patient / parent / conservator / guardian)

If signed by other than patient, indicate relationship: _____

Witness: _____

PATIENT LABEL
WOOLRIDGE, JOSHUA P33283
MR 0122443      04/01/1965  M  043Y
OPS                         LCH
Acct 00007764434            6/06/08

AD-66849 (10/06)

Additional Facts     Page 1 of 2     Of Truth

True fact, on May 30, 2008, in Dorm 5316 Low on the Sierra Facility I was Verbally, physically Assaulted, Battered, and physically Robbed for my personal property by inmate
* Aaron Snell F-83170, A.K.A. "EdLoc" of 69th Blvd. Manita "Crip" from Long Beach. I, the Victim Joshua Woolridge did physically Sustain a Broken Left Index Finger, and a factured Left Rib and loss of my personal property valued at approximately $100.00 dollars due to inmate Aaron Snell violet act. On June 11, 2008, after a interview with the Assigned Investigative Employee Correctional Officer T. Williams, Verbally told me that your personal property cannot be located and is a total loss on that issue. On June 11, 2008, I Joshua Woolridge the actual Victim did legally file a Inmate 602 Appeal Form Log No. 06 0908-100, against the Sierra (U.C.C.) Classification Committee Captain E.F. Mussen, Lieutenant R.P. Roman, Correctional Counselor II A. Fiegner, and Correctional Counselor I, D. Hurl for Negligently and "Reckless Disregard" housing me Joshua Woolridge in a "Crip Dorm" since I am not a gang member in error, and the Committee's actions was sheer Negligence and should be held liable for my personal property which is Stolen. I, Joshua Woolridge did file a Government Tort Claim against these (CDCR) employee's for my Personal Injuries sustained and loss of Personal Property due to I inmate Woolridge had requested on numerous occasions a immediate transfer due to my Safety and Security concerns. On June 13, 2008, Correctional Officer's T. Williams, fabricated and falsified illegally

concluded that Now I inmate Woolridge was the perpetrator and Not the Victim out of Sheer Malice and retailation. On Monday June 16, 2008, Correctional Lieutenant R.P. Roman, one of the Named Defendant's in the Inmate 602 Appeal and the Government Tort Claim, vindictively out of a sheer act of Retailation and Reprisal Write's me Joshua Woolridge a CDC-115 RVR for alleged "Battery on a Inmate" inmate SWell, due to this Correctional Lieutenant's Reckless Disregard for the truth in this incident. Why am I inmate Woolridge the actual victim being Willfully treated with "Deliberate Indifference" by several Staff members here at the California Correctional Center and Vindictively being charged with this Unjustifiable Offense when I am actually the Victim in this incident. I, am seeking a Full Complete investigation into this incident and to have all Disciplinary actions Dismissed as they are inconsistance with the truth and to have my CSR Endorsement honored and a <u>immediate transfer</u> to a Correctional Facility in Southern California per the Family Law Judge's court order to obtain "Visitation with my Children"! A <u>immediate transfer</u> is humbly warranted in the best interest of all parties! I, inmate Woolridge physically sustained Serious injuries as defined in the Title 15 CCR 3000, a broken left Ring finger, as well as other minor injuries due to this assault and Robbery.

Petitioner, Joshua Wooldridge P-33283
California Correctional Center (CCC)
711-045 Center Road
Lassen Unit Facility 124-136600
Post Office Box 2210
Susanville, California 96127-2210

Legal Mail

RECEIVED
JUL 3 - 2008 pro se
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States Federal District Court
For The Northern District of California
San Francisco Court House
Senior District Court Judge
ATTN: Honorable Judge Thelton E. Henderson
450 Golden Gate Avenue
San Francisco, California
94102



*Kirby B*

*B Kirby*

6·22·08