July 31, 2008

Petitioner, Joshua Wooldridge P-39885
California Correctional Center (CCC)
Post Office Box 2210
Susanville, California 96127-2210
Petitioner, Filing In Proper

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Joshua Todd Wooldridge,
  Plaintiff,

vs.

California Department of
Corrections and Rehabilitations,
  Defendant.

CASE NO. CV 08 3304 SBA

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Joshua Wooldridge, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0.00   Net: 0.00

Employer: Unemployed due to false incarcerated

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_Last date of employment September 14,_
_2004, at the Gross amount of $4,000.00_
_A month as owner of JT Landscaping & Mowing_

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment          Yes ___ No ✓

   b. Income from stocks, bonds, or royalties?          Yes ___ No ✓

   c. Rent payments?                                    Yes ___ No ✓

   d. Pensions, annuities, or life insurance payments?  Yes ___ No ✓

   e. Federal or State welfare payments, Social Security or other government source?  Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_No monies received from_
_any sources_

3. Are you married?                                    Yes ___ No ✓

Spouse's Full Name: _N/A_

Spouse's Place of Employment: _N/A_

Spouse's Monthly Salary, Wages or Income:

Gross $ _0.00_          Net $ _0.00_

4. a.  List amount you contribute to your spouse's support: $ _0.00_

|   |   |   |
|---|---|---|
| 1 | b. | List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.). |

_No Dependents at this time_

_____

5. Do you own or are you buying a home?   Yes ___  No ✓
Estimated Market Value: $ 0.00   Amount of Mortgage: $ 0.00

6. Do you own an automobile?   Yes ___  No ✓
Make __N/A__   Year __N/A__   Model __N/A__
Is it financed? Yes ___ No ✓   If so, Total due: $ 0.00
Monthly Payment: $ 0.00

7. Do you have a bank account?   Yes ___  No ✓ (Do not include account numbers.)
Name(s) and address(es) of bank: _No Bank Account at this time_
Present balance(s): $ 0.00
Do you own any cash?  Yes ___  No ✓  Amount: $ 0.00
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No ✓
_No other assets at this time_

8. What are your monthly expenses?
Rent: $ 0.00    Utilities: 0.00
Food: $ 0.00    Clothing: 0.00

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ 0.00 | $ 0.00 |
| N/A | $ 0.00 | $ 0.00 |
| N/A | $ 0.00 | $ 0.00 |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

__No other Debts at this time__

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

__N/A__

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

__July 31, 2008__     __Joshua Woolridge__
DATE                   SIGNATURE OF APPLICANT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

**E-filing**

Your complaint has been filed as civil case number **CV 08 3304**

✓ A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. ✓____ you did not file an In Forma Pauperis Application.

2. ____ the In Forma Pauperis Application you submitted is insufficient because:

   ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ____ You did not sign your In Forma Pauperis Application.

   ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
Deputy Clerk

rev. 11/07

Wooldridge

*Stamped: ORIGINAL FILED JUL -9 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; SBA (PR)*

Page 1 of 5.                                   June 22 2008

Petitioner, Joshua Woolridge P-33283
California Correctional Center (CCC)
Post Office Box 2210
Susanville, California 96127-2210
Petitioner, Filing In Pro Per

**FILED** United States Federal District Court
JUL -9 2008   For The Northern Division
              San Francisco Court House

E-filing          CV 08   3304  SBA (PR)

Joshua Todd Woolridge,          Notice of Motion to legally compel
Petitioner,                     (CACR) to Reaccess petitioner's current
                                Housing, current custody level, and any
V.                              Transfer options due to petitioner's
                                erroneous current placement does
California Department of        willfully and unlawfully violates
Corrections and Rehabilitations, petitioner's Eighth Amendment
Respondent,                     Right of Cruel and Unusual
                                Punishment in error.

To the Honorable Federal District Court, Senior District Judge Thelton E. Henderson, presiding over the Overcrowding and Medical Neglect in the California State Prison System. I, the petitioner hereby files this Notice of Motion due to the willful and unlawful State and Federal Civil Rights violates going on at this state facility. On May 30, 2008, I the petitioner was physically Assaulted, Battered, and Robbed of my personal

**SBA**

**CV 08    3304**

**(PR)**

## U.S. District Court Northern California

### ECF Registration Information Handout

The case you are participating in has been designated for this court's Electronic Case Filing (ECF) Program, pursuant to Civil Local Rule 5-4 and General Order 45. <u>This means that you **must**</u> (check off the boxes ☑ when done):

 **1) Serve** <u>this</u> ECF Registration Information Handout on **all** parties in the case along with the complaint, or for removals, the removal notice. DO NOT serve the efiler application form, just this handout.

<u>Each attorney representing a party must also</u>:

☐ **2) Register** to become an efiler by filling out the efiler application form. Follow ALL the instructions on the form carefully. If you are already registered in this district, <u>do not</u> register again, your registration is valid for life on all ECF cases in this district.

☐ **3) Email** (do not efile) the complaint and, for removals, the removal notice and all attachments, in PDF format within ten business days, following the instructions below. You do not need to wait for your registration to be completed to email the court.

☐ **4)** Access dockets and documents using **PACER** (Public Access to Court Electronic Records). If your firm already has a PACER account, please use that - it is not necessary to have an individual account. PACER registration is free. If you need to establish or check on an account, visit: **http://pacer.psc.uscourts.gov** or call **(800) 676-6856**.

BY SIGNING AND SUBMITTING TO THE COURT A REQUEST FOR AN ECF USER ID AND PASSWORD, YOU CONSENT TO ENTRY OF YOUR E-MAIL ADDRESS INTO THE COURT'S ELECTRONIC SERVICE REGISTRY FOR ELECTRONIC SERVICE ON YOU OF ALL E-FILED PAPERS, PURSUANT TO RULES 77 and 5(b)(2)(D) (eff. 12.1.01) OF THE FEDERAL RULES OF CIVIL PROCEDURE.

**All subsequent papers submitted by attorneys in this case shall be filed electronically. Unrepresented litigants must file and serve in paper form, unless prior leave to file electronically is obtained from the assigned judge.**

ECF registration forms, interactive tutorials and complete instructions for efiling may be found on the ECF website: **http://ecf.cand.uscourts.gov**

**Submitting Initiating Documents**
PDF versions of all the initiating documents originally submitted to the court (Complaint or Notice of Removal, exhibits, etc.) must be **emailed (not efiled)** to the **PDF email box for the presiding judge** (not the referring judge, if there is one) **within 10 (ten) business days** of the opening of your case. For a complete list of the email addresses, please go to: **http://ecf.cand.uscourts.gov** and click on **[Judges]**.

You must include the case number and judge's initials in the subject line of all relevant emails to the court. You do not need to wait for your registration to email these documents.

These documents must be emailed instead of e-filed to prevent duplicate entries in the ECF system. All other documents must be e-filed from then on. You do not need to efile or email the Civil Cover Sheet, Summons, or any documents issued by the court at case opening; note that you do need to efile the Summons Returned.

**Converting Documents to PDF**
Conversion of a word processing document to a PDF file is required before any documents may be submitted to the Court's electronic filing system. Instructions for creating PDF files can be found at the ECF web site: **http://ecf.cand.uscourts.gov**, and click on **[FAQ]**.

**Email Guidelines:** When sending an email to the court, the subject line of the email **must** contain the **case number, judge's initials** and the **type of document(s)** you are sending, and/or the topic of the email.

**Examples:** The examples below assume your case number is 03-09999 before the Honorable Charles R. Breyer:

| Type of Document | Email Subject Line Text |
|---|---|
| Complaint Only | 03-09999 CRB Complaint |
| Complaint and Notice of Related Case | 03-09999 CRB Complaint, Related Case |
| Complaint and Motion for Temporary Restraining Order | 03-09999 CRB Complaint, TRO |

> **Questions**
> Almost all questions can be answered in our **FAQ**s at
> **http://ecf.cand.uscourts.gov**, please check them first.
>
> You may also email the ECF Help Desk at ECFhelpdesk@cand.uscourts.gov or call the toll-free ECF Help Desk number at: (866) 638-7829.
>
> The ECF Help Desk is staffed Mondays through Fridays from 9:00am to 4:00pm Pacific time, excluding court holidays.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's <u>In Forma Pauperis</u> Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the <u>prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.</u>

A.  **Non-habeas Civil Actions**

Effective April 9, 2006, the <u>filing fee for any civil action other than a habeas is $350.00.</u> Even if you are granted leave to proceed <u>in forma pauperis</u>, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if <u>in forma pauperis</u> status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.

B.  **Habeas Actions**

The <u>filing fee for a habeas action is $5.00.</u> If you are granted leave to proceed <u>in forma pauperis</u> you will not be required to pay any portion of this fee. If you are not granted leave to proceed <u>in forma pauperis</u> you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)

Petitioner Joshua Woolridge P-33283
California Correctional Center
711-045 Center Road
Lassen Unit Facility / L4-136Low
Post Office Box 2210
Susanville, California 96127-2210



United States District Court
Northern District of California
Clerk, U.S. District Court
ATTN: Clerk of the Court for Filing
450 Golden Gate Avenue
Post Office Box 36060
San Francisco, California
    94102-9680

#45

Legal Mail

G. TRIPP CCII 7/21/08