1  Petitioner Joshua Woolridge P-33283   FILED
2  California Correctional Center
3  Post Office Box 2210                  00 AUG -6 PM 12:34
4  Susanville California 96127-2210      RICHARD W. WIEKING
5  Petitioner, Filing In Proper         CLERK, U.S. DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA

6

7          United States Federal District Court
8              For The Northern Division
9            San Francisco Court House

10

11

12
13  Joshua Todd Woolridge,          Civil Court Case Number
14  Petitioner,                     CV-08-3304 (SBA)
15        V.                        Notice Of Motion to hereby
16  California Department of         legally undate the Court of
17  Corrections and Rehabilitations, the acts Of Sheer Malice
18  Respondent,                     by (CDCR) by vindictively out
                                    Of Retaliation raising petitioners
19                                  custody level to endanger the
                                    petitioners life in error.

20       To the Honorable Federal District Court,
21  Senior District Judge Thelton E. Henderson,
22  presiding this Civil Matter and the current
23  overcrowding and Medical Neglect in the California
24  State Prison System. Since legally and lawfully
25  filing this Civil Complaint and legally serving
26  the Warden Kathleen Prosper, here at the
27

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

California Correctional Center a copy of this
Civil action petitioner has been treated with
disrespect, Deliberate Indifference, and out of
sheer Malice been targeted by the (CDCR)
Departmental Staff. Petitioner has unlawfully
and Vindictively been served and found guilty
of a falsified (CDC-115 RVR) Rules Violation
Report for the incident on May 30, 2008, where
petitioner was factually the victim of a assault
and Robbery of his personal property in error.
Since filing Civil Action petitioner is now being
listed as the aggressor/perpetrator in the
May 30, 2008, in error. Petitioner's Classification
score and Custody level has been vindictive
raised from Level II Custody to a level III
Custody level in error without justification or
Cause. Petitioner, has Corroborated facts and
twenty-four eye witnesses to truthfully
testify that petitioner was physically Assaulted
and Robbed on May 30, 2008. The CSR Action
dated July 23, 2008, has Maliciously endorsed
petitioner to a level III facility, Not awaiting
the completion of the ongoing Independent
Investigation and/or the meritorious Inmate

Page 3 of 3

1  602 Appeal issue "Disciplinary" Log Number
2  CCC-L-08-00917, with a due date of
3
4  September 03, 2008, currently pending. By
5  (CDCR) vindictively raising petitioner's Custody
6  level and Classification unlawfully endangers
7  petitioner's life. Petitioner, seeking a legal
8
9  "Injuctive Relief" order and ruling due to
10 these exceptional circumstances which will legally
11 and unlawfully prejudice petitioner causing
12 serious Constitutional violation and maybe loss of
13 life. Petitioner, is seeking the courts judicial
14 usurpation of power regarding this unjust and
15 unlawful transfer to a higher Custody level. The
16
17 current acts and proceedings by (CDCR) do not
18 justify petitioner higher Custody placement without
19 the Preponderance of all Evidence, and case
20 facts evaluated. A impartial, fair, and legal
21 ruling is warranted due to Constitutional violations
22 not being upheld.
23

24 Petitioner, Joshua Woolridge legally and lawfully state
25 these facts to be true and correct under the penalty
26 of Perjury to the best of my knowledge!
27
                        Respectfully Submitted,

                        Joshua Woolridge
                        Petitioner, In Proper

CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, hereby declare and state that, I am over the age of eighteen (18) years old and I (am) the Petitioner party to the within cause of action that on this 01st day of August, 2008, I placed the below named legal documents in the United States Mail:

Notice of Motion to legally undate the Courts of (CDCR) Vindictively retailation by raising Custody Points and Custody level to unlawfully endanger petitioners life.

for which are addressed to the below named parties/persons:

Original Served

1. United States District Court
Northern District of California
Clerk U.S. District Court
ATTN: Clerk of the Court for Filing
450 Golden Gate Avenue
San Francisco, California
94102-9680

Copy Served

2. California Correctional Center
711-045 Center Road
Warden, Kathleen Prosper
Post Office Box 790
Susanville, California
96130

3.

4.

I, hereby declare under the penalty of perjury of the laws of the State California, and the United States, that the above certificate of service true and correct to the best of my knowledge and recollection.

Joshua Woolridge
DECLARANT

True fact, on May 30, 2008, in Dorm 5516 Low on the Sierra Facility I was verbally, physically Assaulted, Battered, and physically Robbed for my personal property by inmate

* Aaron Snell F-83170, A.K.A. "Ed Loc" of 69th Blvd. Manila "Crip" from Long Beach. I, the victim Joshua Wooldridge did physically sustain a Broken Left Index Finger, and a factured Left Rib and loss of my personal property valued at approximately $100.00 dollars due to inmate Aaron Snell violet act. On June 11, 2008, after a interview with the Assigned Investigative Employee Correctional Officer T. Williams, verbally told me that your personal property cannot be located and is a total loss on that issue. On June 11, 2008, I Joshua Wooldridge the actual Victim did legally file a Inmate 602 Appeal Form Log No. 060908-100, against the Sierra (U.C.C.) Classification Committee Captain E. F. Mussen, Lieutenant R. P. Roman, Correctional Counselor II A. Fiegner, and Correctional Counselor I, D. Hunt for Negligently and "Reckless Disregard" housing me Joshua Wooldridge in a "Crip Dorm" since I am not a gang member in error, and the Committees actions was sheer Negligence and should be held liable for my personal property which is stolen. I, Joshua Wooldridge did file a Government Tort Claim against these (CDCR) employees for my Personal Injuries sustained and loss of Personal Property due to I inmate Wooldridge had requested on numerous occasions a immediate transfer due to my safety and security concerns. On June 13, 2008, Correctional Officers T. Williams, fabricated and falsified illegally

concluded that Now I inmate Wooldridge was the perpetrator and Not the victim out of Sheer Malice and retaliation. On Monday June 16, 2008, Correctional Lieutenant R.P. Roman, one of the Named Defendant's in the Inmate 602 Appeal and the Government Tort Claim, vindictively out Of a sheer act of Retaliation and Reprisal Write's me Joshua Wooldridge a CDC-115 RVR for alleged "Battery on a Inmate" inmate Snell due to this Correctional Lieutenant's Reckless Disregard for the truth in this incident. Why am I inmate Wooldridge the actual Victim being Willfully treated with "Deliberate Indifference" by several Staff members here at the California Correctional Center and Vindictively being charged with this unjustifiable Offense when I am actually the Victim in this incident. I, am seeking a Full Complete investigation into this incident and to have all Disciplinary actions Dismissed as they are in consistance with the truth and to have my CSR Endorsement honored and a immediate transfer to a Correctional Facility in Southern California per the Family Law Judge's court Order to obtain "Visitation with my Children"! A immediate transfer is humbly warranted in the best interest of all parties! I, inmate Wooldridge physically sustained Serious injuries as defined in the Title 15 CCR 3000, a broken left Ring finger, as well as other minor injuries due to this assault and Robbery.

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
CLASSIFICATION SERVICES UNIT
P. O. BOX 942883
SACRAMENTO, CA  94283-0001



July 11, 2008

Joshua Woolridge
P-33283/L4-136L
California Correctional Center
P.O. Box 2210
Susanville, CA 96127-2210

Dear Mr. Woolridge:

Your recent letter to the Classification Services Unit has been referred to me for response. You state that you were endorsed for transfer to the California Rehabilitation Center (CRC) by a Classification Staff Representative (CSR). Although you had the  transfer date of June 11, 2008, it was cancelled by Lieutenant R. D. Ramon without justification. You believe Lieutenant Ramon acted out of "sheer malice and blatant retaliation." You also state that you received a Rules Violation Report (RVR) on June 17, 2008, for Battery on an Inmate, which is a false allegation. You are requesting these matters are investigated and an immediate transfer to CRC.

Please be assured that we are sensitive to your concerns; however, due to the nature of your request, this matter must be addressed at the institution level.   You are reminded that all transfer related issues are addressed through an inmate's assigned counselor.   Contact was made with K. Battey, Assistant Classification and Parole Representative (C&PR), at California Correctional Center (CCC), regarding these matters.   Information provided by Ms. Battey indicates that your scheduled transfer to CRC, a level II institution, was initially postponed based on a medical hold. According to Ms. Battey, your medical hold had been lifted on July 9, 2008. However, on June 17, 2008, you were charged with Battery on an Inmate; an offense subject to a Security Housing Unit (SHU) term. It is the Department's general policy that no inmate is transferred with pending RVR. Currently, the RVR has been adjudicated and you were found guilty of the offense. As a result, your classification score has been increased to 35 (level III points). Therefore, the previous endorsement to CRC is no longer valid.   On July 10, 2008, the Institution Classification Committee (ICC) assessed a three month SHU term, with a Minimum Eligible Release Date (MERD) of August 8, 2008, and referred the case back to CSR for transfer consideration to an appropriate level III institution. The ICC recommended Correctional Training Facility (CTF) with an alternate of Pleasant Valley State Prison (PVSP) for transfer upon expiration of MERD.

In your letter, you complained about staff misconduct regarding your transfer and handling the RVR without substance. A review of the above information indicates staff at CCC followed the departmental policy. Furthermore, you stated in your letter that these matters are pending review by the inmate appeal system and "Government Tort Claim." It is inappropriate to further comment on these issues while waiting for outcome of these reviews.

Woolridge, P-33283
Page 2

I hope this information is of assistance.  If you have any other questions or concerns, you are asked to contact your assigned counselor at the institution.

Sincerely,

B. Lee
Classification Staff Representative
Classification Services Unit

cc:    C. Gutierrez, C&PR, CCC
        CDCR-08-2860

No. P-33283                    NAME:  WOOLREDGE, J.                    L4 - 136L

*Comment*:    **PVSP-III endorsed upon expiration of MERD.  CS = 35.**

There are no MHSDS needs per CDC 128-C dated 6-1-08.  Inmate is NCF per CDC 128-C2 of 6-28-03.  R suffix is noted.  Violent history noted (VIO).  TB Code is 22.  CDC 812 is noted.  Confidential file is noted. 3 month SHU term for RVR of 6-16-08 for Battery on Inmate approved as assessed by ICC action of 7-10-08 with MERD of 8-8-08.

**Retain (in ASU) as MERD is too short to allow for transfer to a SHU unit.  This transfer approval expires 10/18/2008 and will require return to CSR for re-authorization.**

B. Alkire, CSR

**Date:  7/23/2008**              **Classification  - CSR ACTION**              **CCC**

**CDC 840 (Rev. 12/02)**

# CDC RECLASSIFICATION SCORE SHEET

Original - Central File
Canary - CC III
Green - Inmate

| 4. DATE OF LAST SCORE SHEET | 5. FORM IDENTIFICATION (ENTER X in a, b or c) | | DATE CORRECTED | |
|---|---|---|---|---|

4. DATE OF LAST SCORE SHEET
MO `5` DAY `21` YR `08` 18

5. FORM IDENTIFICATION (ENTER X in a, b or c)
a) NEW `X` 24    b) CORRECTION `25`    MO [ ] DAY [ ] YR [ ] 26    c) DELETE 32

## B. ANNUAL/ 6 MONTH REVIEW PERIOD DATES

1. REVIEW PERIOD BEGINNING DATE
MO `12` DAY `24` YR `07` 33

3. (Enter X) Annual `X` 39

2. REVIEW PERIOD ENDING DATE
MO `6` DAY `23` YR `08` 40

4. Number of Full Review Periods `1`

## E. CORRECTION TO CDC 840 SCORE SHEET (Prior to Rev. 07/02)

1. Use this section to correct a CDC 840 score sheet with a form revision date prior to 07/02.   **TOTAL CORRECTION =**   (+ OR -) [ ][ ][ ] 70

## F. COMPUTATION OF SCORE

1. PRIOR PRELIMINARY SCORE
(Preliminary Score from 839/New Preliminary Score from 840 or 841)   =   `25` 73

2. Net Change in Score
(D. 8 minus C. 4)   =   (+ or -) `+10` 76

3. PRELIMINARY SCORE SUBTOTAL
(Not less than 0)   =   `35`

4. Change in Term Points (T/P) (x 2)
- Old T/P _____ + New T/P _____   =   (+ or -) [ ][ ] 79

5. NEW PRELIMINARY SCORE
(Not less than 0)   =   `35` 82

## C. FAVORABLE BEHAVIOR SINCE LAST REVIEW

1. Continuous Minimum Custody   ∅   x 4 = [ ] 46

2. No Serious Disciplinary   ∅   x 2 = [ ] 48

3. Average or Above Performance in Work, School or Vocational Program   ∅   x 2 = [ ] 50

4. TOTAL FAVORABLE POINTS   =   - ∅

## D. UNFAVORABLE BEHAVIOR SINCE LAST REVIEW

SERIOUS DISCIPLINARIES          Number of

1. Div. A-1/A-2
Dates:          x 8 = [ ] 52

Div. B, C & D
Dates: `6-16-08`   `1`   x 6 = `6` 54

Div. E & F
Dates:          x 4 = [ ] 56

2. Battery or Attempted Battery on a Non-Prisoner
Dates:          x 8 = [ ] 58

3. Battery or Attempted Battery on an Inmate
Dates: `6-16-08`   `1`   x 4 = `4` 60

4. Distribution of Drugs
Dates:          x 4 = [ ] 62

5. Possession of a Deadly Weapon
Dates:          x 16 = [ ] 64

6. Inciting a Disturbance
Dates:          x 4 = [ ] 66

7. Battery Causing Serious Injury
Dates:          x 16 = [ ] 68

8. TOTAL UNFAVORABLE POINTS   =   + `10`

## G. PLACEMENT

**MANDATORY MINIMUM SCORE FACTOR CODES AND SCORES**

| CODE | SCORE | CODE | SCORE |
|---|---|---|---|
| [A] Condemned | 52 | [E] Warrants "R" Suffix | 19 |
| [B] Life Without Possibility of Parole | 52 | [F] Violence Exclusion | 19 |
| [C] CCR 3375.2(a)(7) Life Inmate | 28 | [G] Public Interest Case | 19 |
| [D] History of Escape | 19 | [H] Other Life Sentence | 19 |

1. SCORE FACTOR CODE
(Assess Only Highest Factor)   `E` 85

2. MANDATORY MINIMUM SCORE   `19` 86

3. PLACEMENT SCORE
ENTER NEW PRELIMINARY SCORE OR MANDATORY MINIMUM SCORE WHICHEVER IS GREATER   `35` 88

## H. SPECIAL CASE FACTORS

1. HOLDS, WANTS AND DETAINERS
(Enter A, P or *)
Felony [ ] 91   USINS [ ] 92

2. RESTRICTED CUSTODY SUFFIX
(Enter R or *) `R` 93

3. ELIGIBLE FOR RESTITUTION CENTER
(Enter Y or N) [ ] 94

4. LEVEL IV DESIGN
a) 180 Status (Y/N) _____   b) Reason Code _____

5. US ARMED FORCES
(Enter Y or N) [ ] 95

6. CURRENT INSTITUTION AND FACILITY
`CCC` - `III` 96

7. COUNTY OF LAST LEGAL RESIDENCE [ ][ ][ ] 103

8. CASEWORKER'S NAME
`WAYBRIGH` FI `J` 106

## I. CLASSIFICATION STAFF REPRESENTATIVE

1. LAST NAME   `ALKIRE` 115

2. DATE OF ACTION
MO `7` DAY `23` YR `08` 123

3. LEVEL IV DESIGN
a) 180 Status (Enter Y or *) [ ] 129
b) Reason Code [ ] 130

4. MINIMUM CUSTODY
a) Eligibility (Enter E, L or P) `P` 132
b) Reason Code `V10` 133

5. CCRC ELIGIBILITY
(Enter REN, REX or *) [ ] 136

6. DEVELOPMENTAL DISABILITY PROGRAM (DDP) CODE   `NCF` 139

7. DISABILITY PLACEMENT PROGRAM (DPP) CODE(S)
a) (*) Primary (affects placement) [ ] 142   b) (*) [ ] 146   c) (*) [ ] 150   d) (*) [ ] 154

8. ADMINISTRATIVE DETERMINANT CODE(S)
a) (*) `SEX` 158   b) (*) [ ] 162   c) (*) [ ] 166   d) (*) [ ] 170   e) (*) [ ] 174

9. MENTAL HEALTH LEVEL OF CARE
(Enter C or E) CCCMS EOP [ ] 178

10. INSTITUTION APPROVED   `PVSP` - `III` 179

11. REASON FOR ADMINISTRATIVE OR IRREGULAR PLACEMENT [ ] 186

## A. IDENTIFYING INFORMATION

1. CDC NUMBER   `P33283` 1

2. INMATE'S LAST NAME   `WOOLRIDG` 7

3. DATE COMPLETED
MO `7` DAY `8` YR `08` 12

OSP 05 91488

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**CRIME / INCIDENT REPORT**
**PART C - STAFF REPORT**
CDCR 837-C (REV. 10/08)

Page ___1___ of ___1___

INCIDENT LOG NUMBER
CCC-SIER-08-05-CC99

| NAME: LAST | FIRST | MI | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|---|
| HOWE | ~~~~~ | | 5/30/08 | 12-10 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 241220 | D-Lower Tier S/O | __YR. __MO. | 5/30/08 | Sierra Dorm 53 |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE |
|---|---|---|---|
| S/M | 0600 - 1400 | Battery on an Inmate Resulting in Serious Bodily Injury | 3005-c1 Force or Violence |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES) |
|---|---|---|
| (PRIMARY) | S- Sgt. Duval | V- Woolridge P-33283 |
| RESPONDER | | |
| WITNESS | | |
| VICTIM | | |
| CAMERA | | |
| SCRIBE | | |

**FORCE USED BY YOU** — TYPE OF WEAPON / SHOTS FIRED / FORCE

| FORCE USED BY YOU | | | | | | |
|---|---|---|---|---|---|---|
| WEAPON | (N/A) | WEAPON | WARNING | EFFECT: | LAUNCHER: | EFFECT# |
| PHYSICAL | FORCE: | MINI 14 | | | 37MM | |
| CHEMICAL | EXPANDABLE BATON | .38 CAL | | | L8 | |
| (NONE) | PHYSICAL FORCE | 9MM | | | 40MM | |
| | X10 | SHOTGUN | | | 40 MM MULTI | |
| | | | | | HFWRS | |

CHEMICAL/ TYPE:
(N/A)
OC
CN
CS
OTHER

| FORCE OBSERVED BY YOU | | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|---|
| WEAPON | | ✗ N/A | ✗ N/A | Yes | Yes |
| PHYSICAL | | | | ✗ No | ✗ No |
| CHEMICAL | | | | | |
| (NONE) | | | | | |

| EVIDENCE COLLECTED BY | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| Yes | ✗ N/A | ✗ N/A | ✗ N/A | Yes |
| (No) | | | BODILY | ✗ No |
| REPORTING STAFF INJURED | | | UNKNOWN | |
| Yes | | | OTHER | |
| (No) | | | | |

NARRATIVE:

On 5-30-08 at approx. 1210 hrs. While performing the duties of post 241220, Sierra Yard D-Lower Tier Officer. After recieving I/m Woolridge P-332.83, housed in SD 5103L and placing him in his new housing from bed SE 5316L during a institutional bed move on Sierra Yard, I/m Woolridge approached out at the back bathroom door of dorm 51 and stated that he had cut his finger and would like to go to the clinic to have it looked at. I asked Woolridge approx. three times how he cut his finger. Woolridge would not answer. I called over the institutional radio to Sierra Unit Sgt. Duval that I was sending Woolridge over to the Sierra Unit Office to see him due to Woolridge having a cut finger and refusing to explain how he cut his finger.

CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE C/O | BADGE # 34190 | ID# ~~~~ | DATE 5/30/08 |
|---|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/ SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
| J.L. BERNARD | 5/31/08 | (Yes) No | Yes (No) | 5/8-08 |

CDCR 837-C (REV. 10/06)

CCC-SIER-08-05-0099

| NAME: LAST | FIRST | MI | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|---|
| DUVAL | | S | 5/30/2008 | 12:10 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 240327 | SIERRA SERGEANT | YR.    MO. | 5/30/2008 | SIERRA DORM 53 |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE |
|---|---|---|---|
| M/T | 06:00-14:00 | Battery on an Inmate Resulting in Serious Bodily Injury | 3005-c1 Force or Violence |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER | | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES |
|---|---|---|---|
| RESPONDER | S- C/O J. HOWE<br>S- C/O J. TEMPLETON | S-C/O T. WILLIAMS | V-WOOLRIDGE P-33283    S-SNELL F83170 |

| FORCE OBSERVED BY YOU | FORCE USED BY YOU - TYPE OF WEAPON / SHOTS FIRED / FORCE | | | | CHEMICAL AGENTS USED |
|---|---|---|---|---|---|
| NONE | ☑ N/A<br><br>**FORCE:**<br>☐ EXPANDABLE BATON<br>☐ PHYSICAL FORCE<br>☐ X10 | **WEAPON**<br>☐ MINI 14<br>☐ .38 CAL<br>☐ 9MM<br>☐ SHOTGUN | **WARNING  EFFECT:** | **LAUNCHER:**    EFFECT#:<br>☐ 37MM<br>☐ L8<br>☐ 40MM<br>☐ 40 MM MULTI<br>☐ HFWRS | **CHEMICAL/ TYPE:**<br>☐ OC<br>☐ CN<br>☐ CS<br>☐ OTHER |

| EVIDENCE COLLECTED BY | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ Yes<br>☐ No | ☑ N/A | ☑ N/A | ☐ Yes<br>☑ No | ☐ Yes<br>☑ No |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ Yes<br>☑ No | ☑ N/A | ☑ N/A | ☑ N/A<br>DESC: | ☐ Yes<br>☑ No |

**NARRATIVE:**

On Friday, May 30, 2008 at approximately 1210 hours, I heard Sierra D Lower, Officer Howe, announce over the institutional radio that he observed an inmate (Woolridge) with a cut on his finger and had sent him to the Sierra Unit Office. Officer Howe informed me that Woolridge was the inmate that had just received a bed move to dorm 51 and was already enroute, walking by the main kitchen. (Inmate Woolridge had been issued a bed move from dorm SE 5316L to SD 5103L.) I called Sierra E Upper, Officer Williams, via the institutional radio to contact me. I approached inmate Woolridge on Sierra yard on the track near the main kitchen. I escorted Woolridge to the Sierra Unit Office. Officer Williams was present when I interviewed Woolridge in the office. I asked Woolridge about his finger. Woolridge showed me his left ring finger. The finger appeared to have a cut and was swollen. Officer Williams conducted an unclothed body search of inmate Woolridge. I instructed Officer Williams to escort Woolridge to be medically cleared. Officer Williams escorted Williams from the office. Upon a subsequent unclothed body search of inmates assigned to dorm 53, Officer Williams conducted an unclothed body search of inmate Snell in the Sierra unit Office. I observed Snell to have marks consistent with being involved in a physical altercation. I instructed Officer Templeton to escort inmate Snell to Receiving and Release to be medically cleared pending transfer to Administrative Segregation. Officer Templeton escorted Snell from the Sierra Unit office.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE<br>Correctional Sergeant | BADGE #<br>59590 | ID# | DATE<br>5/30/2008 |
|---|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/ SIGNATURE)<br>Sgt. C. Hahn | DATE RECEIVED<br>5/30/08 | APPROVED<br>☑ Yes  ☐ No | CLARIFICATION NEEDED<br>☐ Yes  ☑ No | DATE<br>5/30/08 |

CRIME / INCIDENT REPORT
PART C - STAFF REPORT

CDCR 837-C (REV. 10/06)

CCC-SIER-08-05-0099

| NAME: LAST | | FIRST | | MI | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|---|---|---|
| DUVAL | | | | S | 5/30/2008 | 12:10 |

| POST # | POSITION | YEARS OF SERVICE | | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|---|
| 240327 | SIERRA SERGEANT | YR. | MO. | 5/30/2008 | SIERRA DORM 53 |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE |
|---|---|---|---|
| M/T | 06:00-14:00 | Battery on an Inmate Resulting in Serious Bodily Injury | 3005-c1 Force or Violence |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | | | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES) |
|---|---|---|---|---|
| RESPONDER | S- C/O J. HOWE<br>S- C/O J. TEMPLETON | S-C/O T. WILLIAMS | | V-WOOLRIDGE P-33283    S-SNELL F83170 |

| FORCE OBSERVED BY YOU | FORCE USED BY YOU - TYPE OF WEAPON / SHOTS FIRED / FORCE | | | | | CHEMICAL AGENTS USED |
|---|---|---|---|---|---|---|
| NONE | ☑ N/A | **WEAPON** | WARNING | EFFECT: | **LAUNCHER** | EFFECT#: | **CHEMICAL/ TYPE:** |
| | | ☐ MINI 14 | | | ☐ 37MM | | ☐ OC |
| | **FORCE:** | ☐ .38 CAL | | | ☐ L8 | | ☐ CN |
| | ☐ EXPANDABLE BATON | ☐ 9MM | | | ☐ 40MM | | ☐ CS |
| | ☐ PHYSICAL FORCE | ☐ SHOTGUN | | | ☐ 40 MM MULTI | | ☐ OTHER |
| | ☐ X10 | | | | ☐ HFWRS | | |

| EVIDENCE COLLECTED BY | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ Yes<br>☑ No | ☑ N/A | ☑ N/A | ☐ Yes<br>☑ No | ☐ Yes<br>☑ No |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301/3067 COMPLETED |
|---|---|---|---|---|
| ☐ Yes<br>☑ No | ☑ N/A | ☑ N/A | ☑ N/A<br>DESC: | ☐ Yes<br>☑ No |

NARRATIVE:

On Friday, May 30, 2008 at approximately 1210 hours, I heard Sierra D Lower, Officer Howe, announce over the institutional radio that he observed an inmate (Woolridge) with a cut on his finger and had sent him to the Sierra Unit Office. Officer Howe informed me that Woolridge was the inmate that had just received a bed move to dorm 51 and was already enroute, walking by the main kitchen. (Inmate Woolridge had been issued a bed move from dorm SE 5316L to SD 5103L.) I called Sierra E Upper, Officer Williams, via the institutional radio to contact me. I approached inmate Woolridge on Sierra yard on the track near the main kitchen. I escorted Woolridge to the Sierra Unit Office. Officer Williams was present when I interviewed Woolridge in the office. I asked Woolridge about his finger. Woolridge showed me his left ring finger. The finger appeared to have a cut and was swollen. Officer Williams conducted an unclothed body search of inmate Woolridge. I instructed Officer Williams to escort Woolridge to be medically cleared. Officer Williams escorted Williams from the office. Upon a subsequent unclothed body search of inmates assigned to dorm 53, Officer Williams conducted an unclothed body search of inmate Snell in the Sierra unit Office. I observed Snell to have marks consistent with being involved in a physical altercation. I instructed Officer Templeton to escort inmate Snell to Receiving and Release to be medically cleared pending transfer to Administrative Segregation. Officer Templeton escorted Snell from the Sierra Unit office.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID# | DATE |
|---|---|---|---|---|
| | Correctional Sergeant | 59590 | | 5/30/2008 |

| NAME AND TITLE OF REVIEWER (PRINT/ SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| Sgt. C. HAHN | 5/30/08 | ☒ Yes  ☐ No | ☐ Yes  ☒ No | 5/30/08 |

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION

# CRIME / INCIDENT REPORT
# PART C - STAFF REPORT

CDCR 837-C (REV. 10/06)

| | Page _1_ of _1_ | INCIDENT LOG NUMBER |
|---|---|---|
| | | CCC-SIER-08-05-0099 |

| NAME: LAST | FIRST | MI | INCIDENT DAT | INCIDENT TIME |
|---|---|---|---|---|
| Williams | | | 5-30-08 | 1210 |

| POST # | POSITION | YEARS OF SERVICE | | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|---|
| 241223 | E-upper | 22 YR. | MO. | 5-30-08 | Dorm 53 Sierra |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE |
|---|---|---|---|
| S/S | 6-14 | Battery on an I/m W/Serious bodily injury | 3005 (c) |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESSES |
|---|---|---|
| PRIMARY RESPONDER ✓ | SgT. A. Duvall S | Wadridge P33283 V |
| WITNESS | R.N. J. Low S | Snell F 83170 |
| VICTIM | | |
| CAMERA | | |
| SCRIBE | | |

| FORCE USED BY YOU | FORCE USED BY YOU - TYPE OF WEAPON / SHOTS FIRED / FORCE | | | | |
|---|---|---|---|---|---|
| WEAPON | ✓ N/A | WEAPON | WARNING EFFECT: | LAUNCHER: EFFECT#: | CHEMICAL / TYPE: |
| PHYSICAL | FORCE: | MINI 14 | | 37MM | N/A |
| CHEMICAL | EXPANDABLE BATON | .38 CAL | | L8 | OC |
| NONE ✓ | PHYSICAL FORCE | 9MM | | 40MM | CN |
| | X10 | SHOTGUN | | 40 MM MULTI | CS |
| | | | | HFWRS | OTHER |

| FORCE OBSERVED BY YOU | | | |
|---|---|---|---|
| WEAPON | EVIDENCE DESCRIPTION | EVIDENCE DESCRIPTION | BIO HAZARD / PPE |
| PHYSICAL | N/A | N/A | Yes / Yes |
| CHEMICAL | | | No / No |
| NONE | | | |

| EVIDENCE COLLECTED BY | | | |
|---|---|---|---|
| Yes | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE / SCIF 3301/3067 COMPLETED |
| No | N/A | N/A | BODILY N/A |
| REPORTING STAFF INJURED | | | UNKNOWN / Yes |
| Yes | | | OTHER / No |
| No | | | |

NARRATIVE:

On 5-30-08 at approx. 1210 hrs, I was summoned by the Sierra unit SgT. (A. Duvall) to report to the Sierra unit office. When I reached the office I was informed that an inmate who I had bed moved to a Delta unit dorm (I/m Wadridge P33283) was observed to have an injured finger that could be indicative of fighting.

I directed I/m Wadridge to enter the Sierra SgT's office and submit to an unclothed body search. I/m Wadridge complained of pain to his left ring finger left rib area and the back of his head. I escorted I/m Wadridge to the Clinic where he was examined by R.N. J. Low who documented his injuries. A subsequent X-ray discovered the finger to be broken.

I then conducted an unclothed body search of I/m Snell (F83170 S-3/16U) and discovered him to have marks and abrasions consistent with fighting. Both inmates were medically cleared and placed into AD-Seg pending further investigation.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE C/O | BADGE # 32396 | ID# | DATE 5-30-08 |
|---|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT/ SIGNATURE) | DATE RECEIVED | APPROVED Yes No | CLARIFICATION NEEDED Yes No | DATE |

Petitioner Joshua Wooldridge P-33283
California Correctional Center (CCC)
Post Office Box 2210
Susanville California 96127-2210
Petitioner, Filing In Pro Per

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**SBA**

Joshua Todd Wooldridge )   **CV 08    3304**

         Plaintiff, )   CASE NO. _____

   vs. )

California Department of )   **PRISONER'S**
Corrections and Rehabilitation )   **APPLICATION TO PROCEED**
        Defendant. )   **IN FORMA PAUPERIS**

      I, Joshua Wooldridge declare, under penalty of perjury that I am the

plaintiff in the above entitled case and that the information I offer throughout this application

is true and correct. I offer this application in support of my request to proceed without being

required to prepay the full amount of fees, costs or give security. I state that because of my

poverty I am unable to pay the costs of this action or give security, and that I believe that I am

entitled to relief.

      In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: _____0.00_____    Net: _____0.00_____

Employer: _____Unemployed due to false_____
_____incarcerated_____

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received.  (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   *Last date of employment September 14,*

5   *2004, at the Gross amount of $4,000.00*

6   *A month as owner of JT Landscaping & Mowing*

7   2.     Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9       a.     Business, Profession or               Yes ___ No ✓

10           self employment

11       b.     Income from stocks, bonds,         Yes ___ No ✓

12           or royalties?

13       c.     Rent payments?                   Yes ___ No ✓

14       d.     Pensions, annuities, or           Yes ___ No ✓

15           life insurance payments?

16       e.     Federal or State welfare payments,   Yes ___ No ✓

17           Social Security or other govern-

18           ment source?

19   If the answer is "yes" to any of the above, describe each source of money and state the amount

20   received from each.

21   *No monies received from*

22   *any Sources*

23   3.     Are you married?                   Yes ___ No ✓

24   Spouse's Full Name: _____ *N/A*

25   Spouse's Place of Employment: _____ *N/A*

26   Spouse's Monthly Salary, Wages or Income:

27   Gross $ *0.00* _____ Net $ *0.00* _____

28   4.   a.     List amount you contribute to your spouse's support:$ *0.00*

b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_No Dependents at this time_

5.    Do you own or are you buying a home?        Yes ____ No ✓

Estimated Market Value: $ _0.00_    Amount of Mortgage: $ _0.00_

6.    Do you own an automobile?        Yes ____ No ✓

Make _N/A_    Year _N/A_    Model _N/A_

Is it financed? Yes ____ No ✓ If so, Total due: $ _0.00_

Monthly Payment: $ _0.00_

7.    Do you have a bank account?  Yes ____ No ✓ (Do **not** include account numbers.)

Name(s) and address(es) of bank: _No Bank Account_
_at this time_

Present balance(s): $ _0.00_

Do you own any cash?  Yes ____ No ✓ Amount: $ _0.00_

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No ✓

_No other assets at this time_

8.    What are your monthly expenses?

Rent: $ _0.00_    Utilities: _0.00_

Food: $ _0.00_    Clothing: _0.00_

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ 0.00 | $ 0.00 |
| N/A | $ 0.00 | $ 0.00 |
| N/A | $ 0.00 | $ 0.00 |

PRIS. APP. TO PROC. IN FORMA PAUPERIS

9.     Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.  Do <u>not</u> include account numbers.)

*NO other Debts at this time*

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___  No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.   *N/A*

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

*July 31, 2008*                          *Joshua Wooldridge*
DATE                                      SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 4 -

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA CORRECTIONAL CENTER
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 28, 2008 THRU JUL. 20, 2008

ACCOUNT NUMBER : P33283                          BED/CELL NUMBER: L900000200017AL
ACCOUNT NAME   : WOOLRIDGE, JOSHUA                ACCOUNT TYPE: I
PRIVILEGE GROUP: B

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 01/28/2008 | | BEGINNING BALANCE | | | | | 0.00 |
| 03/10*0D30 | | CASH DEPOSIT | 46876 | | 22.50 | | 22.50 |
| 03/12 | W512 | LEGAL POSTAGE | 3030 LELMA | | | 2.76 | 19.74 |
| 03/12 | W516 | LEGAL COPY CH | 3631 LELCO | | | 3.00 | 16.74 |
| 03/12 | W516 | LEGAL COPY CH | 3631 LELCO | | | 5.00 | 11.74 |
| 03/13 | W512 | LEGAL POSTAGE | 3684 LELMA | | | 3.88 | 7.86 |
| 03/13 | N216 | FED. FILING F | FXLIMNFEES | | | 4.50 | 3.36 |
| 03/13*0D30 | | CASH DEPOSIT | 46892 | | 33.75 | | 37.11 |
| 03/17 | FC02 | DRAW-FAC 2 | CC52HOSSAM | | | 27.90 | 9.21 |
| 03/17*W216 | | FED. FILING F | FELIMWFEES | | | 6.75 | 2.46 |
| 03/19 | FR01 | CANTEEN RETUR | 303770 | | | 27.90- | 30.36 |
| 03/19 | W220 | STATE FILING | FILIMWFEES | | | 11.25 | 19.11 |
| 03/19 | FC02 | DRAW-FAC 2 | CC55HOSSCO | | | 16.65 | 2.46 |
| 03/27 | W512 | LEGAL POSTAGE | 3901 LELMA | | | 2.05 | 0.41 |
| 04/02 | W512 | LEGAL POSTAGE | 3969 LELMA | | | 0.41 | 0.00 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 06/27/2008 | H107 | POSTAGE HOLD | 5317  POST | 2.85 |
| 06/27/2008 | H107 | POSTAGE HOLD | 5317  POST | 0.76 |
| 07/01/2008 | H107 | POSTAGE HOLD | 0004 POSTA | 2.85 |
| 07/01/2008 | H107 | POSTAGE HOLD | 0004 POSTA | 0.76 |
| 07/01/2008 | H109 | LEGAL POSTAGE HOLD | 0004 LELMA | 5.03 |
| 07/09/2008 | H109 | LEGAL POSTAGE HOLD | 0110 LELMA | 8.03 |
| 07/10/2008 | H109 | LEGAL POSTAGE HOLD | 0145 LELMA | 2.44 |
| 07/10/2008 | H109 | LEGAL POSTAGE HOLD | 0145 LELMA | 0.42 |
| 07/15/2008 | H109 | LEGAL POSTAGE HOLD | 0226 LELMA | 0.42 |
| 07/15/2008 | H109 | LEGAL POSTAGE HOLD | 0226 LELMA | 3.78 |
| 07/15/2008 | H109 | LEGAL POSTAGE HOLD | 0226 LELMA | 1.51 |
| 07/17/2008 | H109 | LEGAL POSTAGE HOLD | 0269 LELMA | 5.03 |
| 07/18/2008 | H109 | LEGAL POSTAGE HOLD | 0883 LELMA | 1.17 |
| 07/18/2008 | H109 | LEGAL POSTAGE HOLD | 0883 LELMA | 1.51 |
| 07/22/2008 | H109 | LEGAL POSTAGE HOLD | 0318 LELMA | 12.47 |

CALIFORNIA CORRECTIONAL CENTER
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 28, 2008 THRU JUL. 23, 2008

ACCT: P33283    ACCT NAME: WOOLRIDGE, JOSHUA    ACCT TYPE: I

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/12/99              CASE NUMBER: RIF078187
COUNTY CODE: RIV                     FINE AMOUNT: $  1,600.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 01/28/2008 | | BEGINNING BALANCE | | 432.42 |
| 03/06/08 | SU03 | SYS UPDATE - POS | 3.12- | 429.30 |
| 03/10/08 | DR30 | REST DED CASH DEPOSIT | 25.00- | 404.30 |
| 03/13/08 | DR30 | REST DED-CASH DEPOSIT | 37.50- | 366.80 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED        *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 56.25 | 56.25 | 0.00 | 49.03 | 0.00 |

CURRENT
AVAILABLE
BALANCE

49.03-

Petitioner, Joshua Wooldridge P-33283
California Correctional Center
711-045 Center Road
Lassen Unit Facility/ L4-136Low
Post Office Box 2210
Susanville, California 96127-2210



SBA

RECEIVED

AUG 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California
Clerk, U. S. District Court
ATTN: Clerk of the Court For Filing
450 Golden Gate Avenue
Post Office Box 36060
San Francisco, California

94102-9680

STATE PRISON

legal Mail

7-31-08