Page 1 of 2

August 18, 2008
FILED
AUG 20 PM 3:51
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Petitioner, Joshua Woolridge P-33283
2  Pleasant Valley State Prison
3  Post Office Box 8503
4  Coalinga, California 93210
5  Petitioner, In Pro Per
6
7
8      United States Federal District Court
9       For The Northern District of California
10
11
12  Joshua Todd Woolridge    Civil Court Case Number
13     Petitioner,           CV 08-3304-(SBA)
14                           Notice of Motion to
15       V.                  legally inform the Court
16  Department of Corrections  of New Change of Address
17  and Rehabilitation,      to another Correctional
18     Respondent,           Facility due to incident.
19
20     To the Honorable Presiding Senior District
21  Court Judge Thelton E. Henderson, presiding
22  in the Northern District Court to hear any/all
23  matters in the above Civil Court proceedings.
24  On Tuesday August 12, 2008, petitioner was
25  legally transfered from the California Correctional
26  Center in Susanville, California to Pleasant

OURT PAPER
ATE OF CALIFORNIA
rD. 113 (REV. 3-95)
SP 98 10924

Valley State Prison in the City of Coalinga, County of Fresno. This transfer they stated is considered a NON-Adverse based on the needs of (CDCR) the Department to provide better Medical for the petitioner a Type I Insulin Dependent Diabetic. I, the petitioner wish to legally and lawfully inform the District Court of this Change of Address pursuant to the Federal Rules of the Court. Petitioner, is currently residing at the below address for legal Correspondence with the Court:

Pleasant Valley State Prison
County of Fresno
Post office Box 8503
Coalinga, California 93210
Facility Phone Number (559) 935-4900

This legal Notice of Change of Address is to update the Court of this factual change and to seek a legal Update on case a return acknowledgement letter is warranted.

Respectfully Submitted,

Joshua Wooldridge

Petitioner, In Pro Per



## Proof of Service by Mail

I, the Plaintiff Joshua Wooldridge do hereby Declare that I am a party to this legal action within entitled cause of action. I am currently a resident of Pleasant Valley State Prison in the City of Coalinga, County of Fresno. My current legal Mailing address is Post Office Box 8503 Coalinga California 93210-8503.

I, did Serve the following Documents with this Proof of Service by United States Mail,

## Notice of Change of Address

This Declaration is Sworn to under the Penalty of Perjury and the laws of the State of California address to the Named persons at the following legal Addresses:

## original Mailed

United States Federal District Court
Northern District of California
San Francisco Office
ATTN: Clerk of the Court for Filing
450 Golden Gate Avenue
San Francisco, California
94102



Petitioner: Joshua Woodridge P-33283
Pleasant Valley State Prison
Facility Unit CL/116 up
Post Office Box 8503
Coalinga, California 93210

United States Federal District Court
Northern District of California
San Francisco Office
ATTN: Clerk of the Court for Filing
450 Golden Gate Avenue
San Francisco, California 94102

Legal Mail



Quality Park Item #90019
Treated with an Anti-Microbial Agent to guard against
the growth of bacteria, mold, mildew, fungus and odors
*Licensed by Silverco*

U.S.POSTAGE
0.00
PB METER
6711700
TEHACHAPI
CALIF.