IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA TODD WOOLRIDGE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>　　　　Defendant.　　　　　　　　　　／ | No. C 08-03304 SBA (PR)<br><br>**ORDER OF TRANSFER** |

  Plaintiff, a state prisoner, has filed a <u>pro se</u> civil rights action pursuant to 42 U.S.C. § 1983 and an application for <u>in forma pauperis</u> status. The acts complained of occurred at California Correctional Center, which is located in the Eastern District of California, and it appears that the Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. <u>See</u> 28 U.S.C. § 1391(b).

  Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith and terminate all pending motions as moot.

 IT IS SO ORDERED.

DATED: 10/16/08

              _Saundra B Armstrong_
              SAUNDRA BROWN ARMSTRONG
              United States District Judge

P:\PRO-SE\SBA\CR.08\Woolridge3304.TransED.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSHUA TODD WOOLRIDGE,

          Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF CORRECTIONS et al,

          Defendant.

Case Number: CV08-03304 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joshua Todd Woolridge P-33283
Pleasant Valley State Prison
P.O. Box 8503
Coalinga, CA 93210

Dated: October 17, 2008

          Richard W. Wieking, Clerk
          By: LISA R CLARK, Deputy Clerk